BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>APPROXIMATELY $145,000.00 IN U.S. CURRENCY,<br><br>                    Defendant. | CASE NO.  1:15-CV-01890---BAM<br><br>**REQUEST AND [PROPOSED] ORDER TO (1) CONTINUE  MANDATORY SCHEDULING  CONFERENCE AND (2) EXTEND FILING DEADLINE OF JOINT SCHEDULING REPORT** |

The United States requests that the Court continue the mandatory scheduling conference presently scheduling for April 5, 2016, at 8:30 a.m. to June 3, 2016, at 8:30 a.m. (or to a date the Court deems appropriate), and extend the deadline to file a Joint Scheduling Report ("JSR") from March 29, 2016, to May 27, 2016 (or to a date the Court deems appropriate).  For the reasons set forth below, there is good cause to continue the scheduling conference and the JSR filing deadline.

**Introduction**

On December 17, 2016, the United States filed a civil forfeiture complaint against the defendant approximately $145,000.00 in U.S. Currency ("Defendant Currency") based on its alleged involvement in narcotics violations.  All known potential claimants which potentially have an interest in the Defendant Currency were served in a manner consistent with Dusenbery v. United States, 534 U.S. 161, 168 (2002) and the applicable statutory authority.  Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on March 5, 2016, and will run for thirty consecutive days, as required by

Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Publication is expected to end on April 4, 2016.

On or about March 8, 2016, the United States sent copies of the Verified Complaint for Forfeiture *In Rem*, Warrant of Arrest of Articles *In Rem*, Order Setting Mandatory Scheduling Conference, Order Assigning Sacramento District Judge, Notice of Availability of a Magistrate Judge, Notice of Availability of Voluntary Dispute Resolution, and notice of forfeiture letter dated March 8, 2016, to potential claimant Omar Lopez Hernandez ("Hernandez") at his last-known address located at 6331 Misty Way, Citrus Heights, CA 95621 by first class and certified mail.

On this same date, the United States sent copies of the above-referenced documents to Hernandez at an alternate address of 11260 Coloma Road, Gold River, CA 95670 also by first class and certified mail. The certified mail receipts have not yet been returned to the United States Attorney's Office.

On March 8, 2016, the United States sent copies of the above-referenced documents to Irma Cardenas at her last-known address of 11260 Coloma Road, Gold River, CA 95670 by first class and certified mail. Irma Cardenas acknowledged receipt of the certified mail parcel. The signed certified receipt (PS Form 3811) was received in the U.S. Attorney's Office on March 14, 2016.

**Good Cause**

The deadline by which Omar Hernandez and Irma Cardenas must file a claim is April 12, 2016; one week after the presently set Mandatory Scheduling Conference. Therefore, the United States requests that the scheduling conference be continued to June 3, 2016, at 8:30 a.m. to allow the known and unknown potential claimants to appear in this action and to allow the parties to meet and confer in advance of filing a JSR. Thus, there is good cause to continue the mandatory scheduling conference and extend the JSR filing deadline.

Dated: March 29, 2016                                BENJAMIN B. WAGNER
                                                                         United States Attorney

                                                                 By: /s/ Jeffrey A. Spivak
                                                                         JEFFREY A. SPIVAK
                                                                         Assistant U.S. Attorney

///

///

**ORDER**

Pursuant to the United States' request and good cause appearing:  (1) the mandatory scheduling conference is continued from April 5, 2016, at 8:30 a.m. to **Monday, June 6, 2016, at 9:00 a.m.** before Judge McAulilffe in Courtroom 8**,** and (2) the deadline to file a joint scheduling report is continued from March 29, 2016, to May 27, 2016.

IT IS SO ORDERED.

Dated**:   March 30, 2016**                              /s/ *Barbara A. McAuliffe*
                                                                                    UNITED STATES MAGISTRATE JUDGE