# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>APPROXIMATELY $145,000 IN U.S. CURRENCY,<br><br>　　　　　Defendant | CASE NO. 1:15-CV-1890 AWI BAM<br><br>DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |

On August 3, 2016, the Court adopted a findings a recommendation that recommended granting Plaintiff's motion for default judgment and final order of forfeiture.  See Doc. No. 21.  Pursuant to that order, the Court will now enter judgment.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. Omar Lopez Hernandez and Irma Cardenas are held in DEFAULT, and a judgment by default is hereby ENTERED against any right, title, or interest of Omar Lopez Hernandez and Irma Cardenas in the defendant currency referenced in the above caption;

2. A final judgment of forfeiture is hereby ENTERED, forfeiting all right, title, and interest in the defendant currency to the United States, to be disposed of according to law; and

3. All parties shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated:   August 12, 2016　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE